UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGIE ENSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C2:14-CV-0240-MJP-JLW<br><br>ORDER REVERSING COMMISSIONER AND REMANDING WITH INSTRUCTIONS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg.  It is therefore ORDERED:

I.      The Court adopts the Report and Recommendation. On remand, the ALJ should:

Thoroughly analyze and assign weight to Dr. Schimmel's opinion.   Then, the ALJ should reassess the opinions of Drs. Johansen and Harmon, specifically analyzing what impact Dr. Schimmel's opinion has on them.   If the ALJ again attaches little or no weight to the opinions of one or more of these physicians, the ALJ must state legally valid reasons for doing so.   If the ALJ attaches significant weight to one or more of them, the ALJ should re-determine

Plaintiff's RFC, and, if necessary, obtain new testimony from a Vocational Expert, and re-determine Plaintiff's eligibility for benefits.

  II.  The Court REVERSES the decision of the Commissioner; and

  III.  The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 14th day of November, 2014.

Marsha J. Pechman
United States District Judge

ORDER REVERSING COMMISSIONER
PAGE -2